<u>**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**</u>

**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000799
17-MAR-2023
10:18 AM
Dkt. 116 OCOR**

NO. CAAP-18-0000799


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


IN THE MATTER OF THE PETITION OF TEHINE AVILLA,
JOHN VILLANUEVA, AND FRANKLIN BIDDINGER,
Petitioners-Appellants,
v.
GORDON I. ITO, INSURANCE COMMISSIONER, DEPARTMENT OF
COMMERCE AND CONSUMER AFFAIRS, STATE OF HAWAIʻI,
Appellees-Appellees,
and
UNITED HEALTHCARE INSURANCE COMPANY, DBA EVERCARE,
Respondent-Appellee


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NOS.  18-1-0060-01, 18-1-0061-01, AND 18-1-0062-01)


<u>ORDER OF CORRECTION</u>
(By: Nakasone, J., for the court[1])

IT IS HEREBY ORDERED that the Memorandum Opinion of the court, entered on March 16, 2023 (docket no. 114) in the above case is hereby corrected as follows:

On page 10, last paragraph, line four, change the word "interpretating" to "interpreting".

DATED:  Honolulu, Hawaiʻi, March 17, 2023.

/s/ Karen T. Nakasone
Associate Judge

---

[1]    Ginoza, Chief Judge, Nakasone and Chan, JJ.